UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff(s),          CASE NO. 08-20668

v.

                                          HONORABLE AVERN COHN

D-6, HAFIZ ANJUM,

               Defendant(s).

_____/

**ORDER GRANTING IN PART MOTION TO TERMINATE PROBATION**

      Before the Court is defendant's Motion to Terminate Probation. Defendant seeks early termination of probation. On July 21, 2010 defendant was sentenced to 3 years of probation and restitution of $100,000.00 which has been paid in its entirety. The government has responded to the motion. The Court being fully advised in the premises,

      IT IS ORDERED that the motion is GRANTED IN PART. The defendant shall be terminated from probation on January 21, 2012.

      SO ORDERED.

Dated: October 4, 2011           s/Avern Cohn_____
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 4, 2011, by electronic and/or ordinary mail.

                       s/Julie Owens_____
                       Case Manager, (313) 234-5160